UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINMAR CONSTRUCTION, INC.,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**ESF, INC., et al.,**<br><br>　　Defendants. | Civil Action No. 22-1829 (JDB) |

## ORDER

Upon consideration of [5] defendant The Academy of the Holy Cross's motion to dismiss, [7] defendant ESF, Inc.'s motion to dismiss, and the entire record herein, it is hereby

**ORDERED** that the defendants' motions to dismiss are **GRANTED**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　United States District Judge

Dated: February 6, 2023

1